UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**LONNIE WILLIAMS,**

    Plaintiff,

v.   Case No. 06-CV-10606-DT
    Hon. Bernard A. Friedman

**DAVE BURNETT, THOMAS BIRKETT,
and K. WEAVER,**

    Defendants.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge Donald A. Scheer's Report and Recommendation dated July 20, 2006. No objections were filed thereto.

This Court has had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

ACCORDINGLY:

IT IS HEREBY ORDERED that Magistrate Judge Donald A. Scheer's Report and Recommendation dated July 20, 2006, is hereby accepted and adopted.

IT IS FURTHER ORDERED that since plaintiff failed to exhaust available administrative remedies, plaintiff's complaint is hereby dismissed.


  August 28, 2006                             s/Bernard A. Friedman
    Detroit, Michigan                     BERNARD A. FRIEDMAN
                                                        CHIEF JUDGE

**I hereby certify that a copy of the foregoing document
was served this date upon counsel of record
electronically and/or via first-class mail.**

     **/s/ Patricia Foster Hommel**
        **Patricia Foster Hommel
   Secretary to Chief Judge Friedman**